## THIRD DEPARTMENT, SEPTEMBER, 1924.

THOMAS CARSON, as Trustee in Bankruptcy of SOLOMON GOLDSTONE, Bankrupt, Respondent, v. RODNEY R. WALLACE and Another, Appellants.— Order modified by striking therefrom the provision precluding the defendants from giving evidence in relation to the allegations of the counterclaim, and by extending the time for complying with the other provisions of the order until ten days from service of a certified copy hereof, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. PATRICK GORMAN, Respondent, v. UNION TRANSPORT CO., INC., Appellant.— Motion granted by default.

Before STATE INDUSTRIAL BOARD, Respondent. KATHERINE MEEHAN, Respondent, v. DUTTON LUMBER COMPANY and Another, Appellants.— Motion for reargument granted, and case set down for Tuesday, September twenty-third, for argument.

LEE SYROWIK, an Infant, by PETER SYROWIK, His Guardian ad Litem, Respondent, v. ANNA FOSTER, Appellant.— Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground of error in receiving in evidence the baptismal record as proof of plaintiff's age. (See *Kennedy* v. *Doyle*, 10 Allen [Mass.], 161, 167; *Eisenlord* v. *Clum*, 126 N. Y. 552, 566.) All concur.

Before STATE INDUSTRIAL BOARD, Respondent. CARL C. AHLES, Respondent, v. VILLAGE OF CATSKILL, N. Y., and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH AMSTERDAM, Appellant, v. MORRIS E. HAMMER & BROS., INC., and Another, Respondents.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. ANDREW BERGER, Respondent, v. DONALDSON & HEWES, INC., and Another, Appellants.— Motion denied.

HAROLD S. BENEDICT, as Administrator, etc., of MARIAN HOWE BENEDICT, Deceased, Appellant, v. ARTHUR M. ANDREWS and Another, Respondents.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. HERMAN BUETTNER, Respondent, v. JOHN BUETTNER and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK CARBINO, Appellant, v. DEGRASSE PAPER COMPANY and Another, Respondents.— Motion denied, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS HENRY COYLE, Respondent, v. EDWIN SOMMERICH and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JULIA A. COYLE, Respondent, v. STAR BONNET FRAME CO., INC., and Others, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.